IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02681-REB-MEH

DAWNMARIE FIECHTNER,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 8, 2010.**

    The Stipulated Motion for Entry of Protective Order [filed July 7, 2010; docket #14] is **granted**. The proposed Protective Order is accepted and entered contemporaneously with this minute order.