IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02681-REB-MEH

DAWNMARIE FIECHTNER,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 14, 2010.**

    Defendant's Second Motion to Amend Scheduling Order [filed September 10, 2010; docket #42] is **granted in part** and **denied in part** as follows. Plaintiff opposes Defendant's request for a thirty day extension of the deadline for submission of Defendant's rebuttal expert reports to October 15, 2010, which is also the deadline for discovery. In consideration of the dates and deadlines set in this matter, the deadline for Defendant to submit its Rule 26(a)(2) disclosures is extended up to and including **October 1, 2010**.