IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL E. HEGARTY

| | |
|---|---|
| Civil Action No. 09-cv-02681-REB-MEH | Date: November 9, 2010 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

DAWNMARIE FIECHTNER,                            Barry Dunn
                                                                     Josua Proctor
        Plaintiff,                            Marc Levy

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,     Daniel Williams
                                                                                    Jacy Rock

        Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session:**     10:13 a.m.

Court calls case.  Appearances of counsel.

Discussion and argument regarding Defendant's Motion to Quash Subpoenas and Subpoenas Duces Tecum and Motion for Protective Order (Doc. #77, filed 10/5/10), Plaintiff's Motion to Quash and for Protective Order Re: Production of Documents to American Family by Plaintiff's Employer, Rocky Mountain Conference/United Methodist Church (Doc. #91, filed 10/13/10), Plaintiff's Motion to Quash and for Protective Order Re: Production of Documents to American Family by Injury Finance, LLC (Doc. #142, filed 11/8/10), and the scheduling of depositions of Dr. Roth, Dr. Kumar, and Art Downey.

**ORDERED:**   1.     Defendant's Motion to Quash Subpoenas and Subpoenas Duces Tecum and Motion for Protective Order (Doc. #77, filed 10/5/10) is GRANTED in part and DENIED in part as follows:

- The "Chavez documents" regarding the policies of Defendant, as well as the "Legal Services Manual," shall be produced by Defendant's counsel to Plaintiff's counsel by **November 15, 2010.**

- Defendant's counsel shall produce a privilege log regarding the remainder of the claim file to Plaintiff's counsel **by close of business on November 12, 2010.**

- Plaintiff will not be permitted to take the depositions of John Scherling or Mary Gibbons, unless Mary Gibbons had a role in authoring the "Colorado Claims Law" document (doc. #101-9). **By November 12, 2010,** Defendant's counsel will advise Plaintiff's counsel as to the author and date of the Colorado Claims Law document and whether Mary Gibbons was involved.

- The issue regarding reopening the Rule 30(b)(6) deposition of American Family and the individual deposition of Pamela O'Hara is DENIED without prejudice.

2. Plaintiff's Motion to Quash and for Protective Order Re: Production of Documents to American Family by Plaintiff's Employer, Rocky Mountain Conference/United Methodist Church (Doc. #91, filed 10/13/10) is GRANTED in part and DENIED in part.

    - **By November 12, 2010,** Rocky Mountain Conference/United Methodist Church shall create two (2) packets, retain the original packet, provide one copy of the packet to Plaintiff's counsel and one copy of the packet to the Court.

    - Plaintiff's counsel shall have three (3) days to do a privilege review and shall file any objections to documents on or before **November 15, 2010.**

    - Documents not objected to shall be produced immediately. Documents objected to shall be immediately reviewed by the Court *in camera*.

    - The Court will enter the proposed supplemental Protective Order today, November 9, 2010.

3. Plaintiff's Motion to Quash and for Protective Order Re: Production of Documents to American Family by Injury Finance, LLC (Doc. #142, filed 11/8/10) is GRANTED; however, Defendant may re-issue the subpoena, if needed, after completion of Dr. Kumar's deposition. **On or before November 12, 2010,** the parties shall set a date for Dr. Kumar's deposition.

4. Dr. Roth shall make himself available for a 3½-hour deposition on or before **December 20, 2010.** The deposition may take place on a Saturday.

      5.      The deposition of Art Downey, which is scheduled for November 11, 2010, shall take place at the offices of Levy, Morse & Wheeler, P.C. Mr. Downey will charge Plaintiff for his travel time.

      6.      A Status Conference is set for **November 16, 2010, at 3:30 p.m.**

Counsel are granted leave to contact the Court by conference call regarding any further discovery dispute.

**Court in recess:**     1:10 p.m.     **(Hearing concluded)**
**Total time in Court:** 2:57