IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02681-REB-MEH

DAWNMARIE FIECHTNER,

     Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

     Defendant.

---

## PROTECTIVE ORDER GOVERNING DOCUMENTS TO BE PRODUCED BY THE ROCKY MOUNTAIN CONFERENCE OF THE UNITED METHODIST CHURCH

---

**Michael E. Hegarty, United States Magistrate Judge.**

The Court, for good cause shown, hereby ORDERS as follows:

1) The Protective Order previously entered in this case [filed July 8, 2010; docket #17] is hereby modified to permit the Rocky Mountain Conference of the United Methodist Church (the "Conference") to designate all documents being produced in response to the subpoena served on it by Defendant American Family as "Confidential." All of the protections provided in the previously entered Protective Order for documents designated "Confidential" shall apply to the documents so designated by the Conference.

2) The Conference may designate personnel documents that would not, in the ordinary course of business, be shared with Plaintiff Fiechtner, as "Attorneys' Eyes Only." Documents designated "Attorneys' Eyes Only" may not be shared with anyone other than counsel for the Parties and their staff, and may not be shared with or disclosed to the Parties themselves, either directly or in summary form. Should any Party seek to use any document designated Attorneys' Eyes Only in this litigation, including by using such document as an exhibit or as an attachment to any paper filed

with the Court, the Party shall first notify counsel for the Conference, and shall not disclose the document in this proceeding without first affording the Conference an opportunity to move for a protective order. Upon resolution of this action, any documents marked Attorneys' Eyes Only shall be destroyed or returned to counsel for the Conference.

SO ORDERED.

Dated at Denver, Colorado, this 9th day of November, 2010.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge