**From:** Josh Proctor [mailto:jproctor@levymorsewheeler.com]
**Sent:** Wednesday, November 10, 2010 4:09 PM
**To:** Williams, Daniel D.; McCarthy, Michael S.; Rock, Jacy T.; Perkins, Heather Carson; Suzanne Lambdin
**Cc:** Coil, Jill M.; Marc Levy; scot kreider; Sandy Roberts; Barry I. Dunn; Edward Nottingham; Lesley J. Phillips; Franklin D. Azar
**Subject:** Fiechtner v. AmFam

Counsel:

Please be advised that, upon consideration of the materials American Family has designated as "confidential" in this case, including documents it has produced and deposition testimony of American Family witnesses, Plaintiff objects to American Family's confidentiality designation. This notice of Plaintiff's objection is given pursuant to the terms of the Protective Order (Doc. No. 17).

**Joshua R. Proctor**
LEVY, MORSE & WHEELER, P.C.
Plaza Tower One, Suite 900
6400 S. Fiddler's Green Cir.
Greenwood Village, CO 80111
Phone: 303.796.2900
Fax: 303.796.2081
Email: jproctor@levymorsewheeler.com
Website: www.levymorsewheeler.com

THE INFORMATION CONTAINED IN THIS E-MAIL IS CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED, AND MAY CONTAIN MATERIAL PRIVILEGED BY ATTORNEY/CLIENT AND/OR WORK PRODUCT PRIVILEGES. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISSEMINATION, DISTRIBUTION, COPYING OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US AT ONCE BY TELEPHONE FOR INSTRUCTIONS ON THE RETURN OF THIS E-MAIL AND ITS CONTENTS.

EXHIBIT A