**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02681-REB-MEH

DAWNMARIE FIECHTNER,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

**MINUTE ORDER**[1]

The matter before the court is **Plaintiff's Motion For Leave To Supplement Response To Defendant's Motion For Partial Summary Judgment** [#191] filed November 22, 2010.  The motion is **GRANTED** and **Plaintiff's Supplemental Response To Defendant's Motion Summary Judgment** [sic] [#191-1] is accepted for filing.

    Dated:  November 23, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.