IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02681-REB-MEH

DAWNMARIE FIECHTNER,

     Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 23, 2010.**

     Defendant's Motion to Compel Production of Legible Copy of 2008 W-2 Form [filed November 22, 2010; docket #187] is **granted**.  The Court orders Plaintiff to produce a signed IRS release to Defendant, permitting Defendant to obtain Plaintiff's relevant W-2 forms directly from the IRS.  Plaintiff must produce a signed release on or before **November 30, 2010**.

     The Court takes notice of Plaintiff's Renewed Opposition to Defendant's Motion to Quash and for Protective Order Re: Deposition Subpoena to Mary Gibbons [filed November 22, 2010; docket #192] and orders as follows.  Defendant shall supplement its letter regarding Mary Gibbons' participation related to the Colorado Claims Law document with whether Ms. Gibbons reviewed or approved the letter for use by Defendant, or participated in any other manner related to the letter, on or before **November 30, 2010**.