**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 09-cv-02681-REB-MEH

DAWNMARIE FIECHTNER,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

**ORDER OVERRULING OBJECTIONS TO AND ADOPTING**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    The matters before me are (1) the magistrate judge's **Recommendation** [#96] filed October 19, 2010; and (2) **Plaintiff's Objection to Recommendations of United States Magistrate Judge** [#138] filed November 5, 2010. I overrule the objections, adopt the recommendation, and grant the motion for leave to amend the complaint in part and deny it is part as follows.

    As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable caselaw. The recommendation is detailed and well-reasoned. Contrastingly, plaintiff's objections are imponderous and without merit. Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the magistrate judge's **Recommendation** [#96] filed October 19, 2010, is **APPROVED AND ADOPTED** as an order of this court;

2. That the objections stated in **Plaintiff's Objection to Recommendations of United States Magistrate Judge** [#138] filed November 5, 2010, are **OVERRULED**; and

3. That **Plaintiff's Motion To Amend Scheduling Order and for Leave To File Amended Complaint To Assert Class Action Claims and Punitive Damages** [#34] (sealed entry [#25]), filed August 30, 2010, is **GRANTED IN PART** and **DENIED IN PART**:

    a. That the motion is **GRANTED** insofar as plaintiff seeks leave to amend her complaint to add a claim for punitive damages; and

    b. That in all other respects, the motion is **DENIED**, including but not limited to, that plaintiff's motion to amend her complaint to add class action claims.

Dated December 7, 2010, at Denver, Colorado.

                              **BY THE COURT:**

                              */s/ Robert E. Blackburn*
                              Robert E. Blackburn
                              United States District Judge