IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02681-WJM-MEH

DAWNMARIE FIECHTNER,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 25, 2011.**

    Plaintiff's Unopposed Motion to Amend/Modify Protective Order [filed July 21, 2011; docket #304] is **denied without prejudice**. The motion appears to be missing a page; thus, the Court cannot determine whether the Plaintiff has set forth good cause for her request to amend.