IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02681-WJM-MEH

DAWNMARIE FIECHTNER,

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 27, 2011.**

      Plaintiff's Renewed Unopposed Motion to Amend/Modify Protective Order [filed July 25, 2011; docket #307] is **granted**.  For good cause shown, the Protective Order entered July 8, 2010, at docket #17 is amended to the extent that the plaintiffs in *Seabron, et al. v. American Family Mutual Insurance Company*, Case No. 11-cv-01096-WJM-KMT, may disclose, produce and otherwise use the confidential materials utilized in this lawsuit in the *Seabron* litigation.  Such materials shall continue to be subject to the terms of the Protective Order governing this case.