IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02681-WJM-MEH

DAWNMARIE FIECHTNER,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 14, 2011.**

    The Unopposed Motion to Withdraw as Attorneys for Plaintiff [filed September 13, 2011; docket #336] filed by Barkley Martinez, P.C., Richard P. Barkley, and Meghan W. Martinez (collectively "Barkley Martinez") is **granted**. Barkley Martinez's representation of Plaintiff is hereby terminated. Plaintiff will continue to be represented by Franklin D. Azar & Associates, PC, Edward W Nottingham, LLC, and Levy Wheeler & Waters, P.C.