IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Case No.   09-cv-02681-WJM-MEH

DAWNMARIE FIECHTNER,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND/OR DEPOSITIONS

IT IS STIPULATED AND ORDERED that at the conclusion of the jury trial counsel for the parties shall retain custody of their respective exhibits and/or depositions until such time as all need for the exhibits and/or depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 13 day of October 2011.

BY THE COURT:

William J. Martínez, Judge

Attorney for Plaintiff

Attorney for Defendant